UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

September 27, 2005

US District Court Clerk's Office
Eastern District of California
1130 O Street
Room 5000
Fresno, CA 93721

**IN RE: MDL 1566 WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the below referenced civil action(s) to this district under 28 U.S.C. Section 1407.

Please send us your original file along with a certified copy of your docket entries. When you send your file, please refer to our civil action number.

| **TITLE OF CASE** | **Your Case Number** | **Our Case Number** |
|---|---|---|
| Ever-Bloom, Inc., et al v. AEP Energy Services, Inc.,et al | 1:05-cv-00814-AWI-DLB | CV-S-05-1169-PMP(PAL) |

Enclosure:

Sincerely,
LANCE S. WILSON, Clerk
US DISTRICT COURT
DISTRICT of NEVADA

By Grace Walters
Grace Walters, Deputy Clerk

cc: Michael Beck, Clerk of the Panel
(See attorney service list)

A CERTIFIED TRUE COPY

AUG 3 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1566

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION**

*Ever-Bloom, Inc., et al. v. AEP Energy Services, Inc., et al.,* E.D. California, C.A. No. 1:05-814

FILED
ENTERED
RECEIVED
COUNSEL/PARTIES SERVED ON
OF RECORD
SEP -6 2005
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### CONDITIONAL TRANSFER ORDER (CTO-13)

On November 6, 2003, the Panel transferred seven civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 13 additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of November 6, 2003, 290 F.Supp.2d 1376 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 3 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION